REGINA MUSIC BOX COMPANY, appellant,

*v.*

J. G. OTTO & SONS et al., respondents.

[Submitted March 27th, 1905. Decided November 20th, 1905.]

On appeal from a decree in the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *65 N. J. Eq. (20 Dick.) 582.*

*Mr. Frederick Seymour,* for the appellant.

*Messrs. Vredenburgh, Wall & Van Winkle,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, BOGERT, VROOM, GREEN, GRAY—9.

*For reversal*—DIXON, SWAYZE, VREDENBURGH—3.